GOODSILL ANDERSON QUINN & STIFEL
A LIMITED LIABILITY LAW PARTNERSHIP LLP

STACY Y. MA                                       10537-0
   sma@goodsill.com
THOMAS J. HUGHES                       11059-0
   thughes@goodsill.com
First Hawaiian Center, Suite 1600
999 Bishop Street
Honolulu, Hawaii 96813
Telephone:  (808) 547-5600
Facsimile:  (808) 547-5880

Attorneys for Defendants
HILTON WORLDWIDE HOLDINGS INC.
PARK HOTELS & RESORTS INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| DORIE KOZUCK,<br><br>              Plaintiff,<br><br>  vs.<br><br>HILTON WORLDWIDE HOLDINGS INC.; PARK HOTELS & RESORTS INC.; DOLPHIN QUEST, INC.; JOHN DOES 1-10; JANE DOES 1-10; DOE PARTNERSHIPS 1-10; DOE CORPORATIONS 1-10; ROE "NON-PROFIT" CORPORATIONS 1-10; and ROE GOVERNMENTAL ENTITIES 1-10,<br><br>              Defendants. | CIVIL NO.<br><br>**DEFENDANTS HILTON WORLDWIDE HOLDINGS INC. AND PARK HOTELS & RESORTS INC.'S NOTICE OF REMOVAL; EXHIBIT "A"; CERTIFICATE OF SERVICE** |

**DEFENDANTS HILTON WORLDWIDE HOLDINGS INC. AND
<u>PARK HOTELS & RESORTS INC.'S NOTICE OF REMOVAL</u>**

TO:        THE UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF HAWAII

8420480.1

Defendants HILTON WORLDWIDE HOLDINGS INC. and PARK HOTELS & RESORTS INC. ("Hilton Defendants") hereby submit this Notice of Removal ("Notice") petitioning the United States District Court for the District of Hawaii for removal of the above-captioned action, Civil No. 3CCV-20-0000457, from the Circuit Court of the Third Circuit, State of Hawaii, pursuant to 28 U.S.C. §§ 1332 (diversity of citizenship), 1441, and 1446, and submit a short and plain statement of the grounds for removal, as follows:

A.  Introduction

1.  On December 16, 2020, Plaintiff DORIE KOZUCK ("Plaintiff") filed a Complaint in the Circuit Court of the Third Circuit, State of Hawaii (Civil No. 3CCV-20-0000457) against Defendants Hilton Worldwide Holdings Inc., Park Hotels & Resorts Inc., Dolphin Quest, Inc., John Does 1-10, Jane Does 1-10; Doe Partnerships 1-10, Doe Corporations 1-10; Roe "Non-Profit" Corporations 1-10, and Roe Governmental Entities 1-10, alleging personal injuries and damages resulting from a slip and fall incident that allegedly occurred on January 2, 2019 at Hilton Waikoloa Village, located at 69-425 Waikoloa Beach Road, Waikoloa Village, Hawaii 96738.  Attached hereto as Exhibit "A" is a true and correct copy of the Complaint.  No defendant has been served with the Complaint nor has any defendant answered or otherwise filed any pleading in response to the Complaint.

2.  Plaintiff alleges that, on January 2, 2019, while "walk[ing] down the stairway leading to the Dolphin Lagoon" at Hilton Waikoloa Village, she "slipped on a chipped and/or damaged stair, partly covered with sand, and fell down about 3 stairs[.]"  Exh. A at ¶ 15.  She alleges that "[t]he substantial cause of the incident was the negligence" of the named defendants and/or their agents and/or employees.  Exh. A at ¶ 16.  She alleges that, as a result of this fall, she "sustained painful and serious bodily injuries requiring past and/or present and/or

future medical treatment." Exh. A at ¶ 21.

B.      Diversity of Citizenship

      3.      Based on information and belief, Plaintiff is domiciled in Florida. Plaintiff alleges in her Complaint that she "is, and at all times herein, was a resident of Bonita Springs, Florida." Exh. A at ¶ 1.

      4.      Defendant Hilton Worldwide Holdings Inc. is a Delaware corporation with its principal place of business in Virginia.

      5.      Defendant Park Hotels & Resorts Inc. is a Delaware corporation with its principal place of business in Virginia.

      6.      As of the date of this filing, Hilton Defendants have not been served with the Complaint.

      7.      Based on information and belief, Defendant Dolphin Quest, Inc. is a Hawaii corporation with its principal place of business in Virginia. As of the date of this filing, Dolphin Quest, Inc. has not been served and is therefore not a "properly joined and served" defendant pursuant to 28 U.S.C. § 1441(b)(2).

      7.      All other defendants, i.e. John Does 1-10, Jane Does 1-10; Doe Partnerships 1-10, Doe Corporations 1-10; Roe "Non-Profit" Corporations 1-10, and Roe Governmental Entities 1-10, are fictitiously named. The citizenship of defendants sued under fictitious names shall be disregarded in determining whether an action is removable under 28 U.S.C. § 1332(a). 28 U.S.C. § 1441(b)(1).

C.      The Amount in Controversy is Satisfied

      8.      Based on the allegations in the Complaint, it is facially apparent that the alleged amount in controversy exceeds the sum or value of $75,000, exclusive of interest and

costs.  This Court "may consider whether it is 'facially apparent' from the complaint that the jurisdictional amount is in controversy" or "may consider facts in the removal petition[.]" *Singer v. State Farm Mut. Auto. Ins. Co.*, 116 F.3d 373, 377 (9th Cir. 1997).

9.     For the foregoing reasons, this Court has original jurisdiction of this action under 28 U.S.C. § 1332(a), and this action is one which may be removed to this Court by Hilton Defendants pursuant to 28 U.S.C. §§ 1441(a) and 1446.

D.     Process and Pleadings

10.    This Notice is timely filed pursuant to 28 U.S.C. § 1446.  Because there are no properly joined and served defendants, there are no properly joined and served defendants that are required to join in or consent to removal.

11.    The United States District Court for the District of Hawaii "embrac[es] the place where [the State court] action is now pending," and therefore is the proper District Court to which this case should be removed pursuant to 28 U.S.C. § 1441(a).

12.    By removing this action, Hilton Defendants do not waive any defenses available to them.

13.    By removing this action, Hilton Defendants do not admit any of the allegations in Plaintiff's Complaint.

14.    This short and plain statement of the grounds for removal is signed pursuant to Rule 11 of the Federal Rules of Civil Procedure.

WHEREFORE, Hilton Defendants pray that the above-entitled action be removed from the Circuit Court of Third Circuit, State of Hawaii, to the United States District Court for the District of Hawaii, pursuant to 28 U.S.C. §§ 1332, 1441, and 1446.

DATED:  Honolulu, Hawaii, December 24, 2020.

/s/ *Thomas J. Hughes*
STACY Y. MA
THOMAS J. HUGHES

Attorneys for Defendants
HILTON WORLDWIDE HOLDINGS INC.
PARK HOTELS & RESORTS INC.